UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHRISTOPHER DIFONZO, :
:
Plaintiff, :  25-CV-2600 (JMF)
:
-v- :  ORDER
:
UNICOIN, INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In light of Defendants' new motion to dismiss, *see* Docket No. 32, Defendants' earlier motion to dismiss filed at Docket No. 23 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **October 8, 2025**. Defendants' reply, if any, is due by **October 15, 2025**.

    The Clerk of Court is directed to terminate Docket No. 23.

    SO ORDERED.

Dated: September 25, 2025
      New York, New York
                                                             JESSE M. FURMAN
                                                         United States District Judge