UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHRISTOPHER DIFONZO, :
:
:
Plaintiff, :
: 25-CV-2600 (JMF)
-v- :
: ORDER
:
UNICOIN, INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's September 25, 2025 Order, ECF No. 36, Plaintiff was required to file an opposition to Defendants' Motion to Dismiss the Second Amended Complaint no later than October 8, 2025. To date, Plaintiff has not filed an opposition. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 17, 2025**. Defendants' reply, if any, is due by **October 24, 2025.** Failure to file an opposition by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated: October 10, 2025  
       New York, New York

                                                  JESSE M. FURMAN  
                                                United States District Judge